State, 71 Tex. Cr. R. 7, 158 S. W. 515; McDonald v. State, 86 Tex. Cr. R. 304, 216 S. W. 166; Thomas v. State, 107 Tex. Cr. R. 593, 298 S. W. 590; article 415, Vernon's Ann. Tex. C. C. P. 1925, vol. 1, 1928 Annual Pocket Part, p. 23, note 5.

### BRANNON v. STATE.  (No. 12346.)

Court of Criminal Appeals of Texas.  Feb. 20, 1929.

B. G. Puntney, of Amarillo, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J.  Offense, swindling; penalty, imprisonment in the county jail for 60 days and a fine of $300.

The record contains neither a statement of facts nor any bill of exception.  Nothing is therefore presented for review.

No error of a fundamental character appearing in the record, the judgment is affirmed.

PER CURIAM.  The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals, and approved by the court.

### QUINN v. STATE.  (No. 12476.)

Court of Criminal Appeals of Texas.  Feb. 20, 1929.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J.  The offense is transporting intoxicating liquor; the punishment, confinement in the penitentiary for four years and six months.

No statement of facts or bills of exception appear in the record.  No question is presented for review.

The judgment is affirmed.

PER CURIAM.  The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.